1  ERIK G. BABCOCK, Bar No. 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612-3423
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4
   Attorney for the Defendant
5  LONG LAM

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,    ) No. CR 08-0461 PJH (MEJ)
11                              )
           Plaintiff,           ) **STIPULATION AND PROPOSED ORDER**
12                              ) **ALLOWING LONG LAM TO TRAVEL TO**
   v.                           ) **FRESNO TO WORK FOR ONE DAY**
13                              )
   LONG LAM, et al.,            )
14                              ) Hon. Maria Elena James
                                )
15         Defendants.          )

16     IT IS HEREBY STIPULATED between the parties, with the
17 concurrence of Pretrial Services, that Long Lam may travel to
18 Fresno for one day to do clean up and construction work on his
19 girlfriend's house there.  Mr. Lam shall give Pretrial Services at
20 least 48 hours notice of the day on which he will go to Fresno.
21     **SO STIPULATED.**

22
   DATED: 9-26-08              By:  /S/
23                                  WILLIAM FRENTZEN
                                    Assistant U.S. Attorney
24

25
   DATED: 9-26, 2008            By: /S/
26                                  ERIK BABCOCK
                                    Attorney for Defendant
27

28
   Stipulation and Proposed Order
   United States v. Long Lam,
   No. CR 08-0461 PJH (MEJ)

1  _____ **SO ORDERED.**             IT IS SO ORDERED
                                      AS MODIFIED
                                      Judge Maria-Elena James

DATED: September 26, 2008    _____
                              Hon. Maria-Elena James
                              U.S. MAGISTRATE JUDGE

Stipulation and Proposed Order
United States v. Long Lam,
No. CR 08-0461 PJH (MEJ)                              Page 2 of 2