|     |                                                              |                                                |
| --- | ------------------------------------------------------------ | ---------------------------------------------- |
| 1   | ERIK G. BABCOCK, Bar No. 172517                              |  **FILED**                 |
| 2   | LAW OFFICES OF ERIK BABCOCK<br>1212 Broadway, Suite 726      | FEB 10 2009                                    |
| 3   | Oakland, CA 94612-3423<br>(510) 452-8400 Tel                 | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT, |
| 4   | (510) 452-8405 Fax                                           | NORTHERN DISTRICT OF CALIFORNIA                |

ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for the Defendant
LONG LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. CR 08-0461 PJH (MEJ)
                                     )
            Plaintiff,               ) **STIPULATION AND PROPOSED ORDER**
                                     ) **ALLOWING LONG LAM TO MOVE TO**
v.                                   ) **FRESNO**
                                     )
LONG LAM, et al.,                    )
                                     ) Hon. Maria Elena James
                                     )
            Defendants.              )

IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of release for defendant Long Lam may be modified as follows:

1. Mr. Lam owns and operates a Vietnamese restaurant in Oakland. Unfortunately, business at the restaurant is currently so slow that he can no longer afford to live and pay rent in Oakland. He has to move out of his rented Oakland house before February 15, 2009. Mr. Lam's girlfriend owns a house in Fresno which has been rented in the past but which is currently not occupied.

2. It is therefore stipulated between the parties that Mr. Lam may move to his girlfriend's house in Fresno. It is further stipulated that the conditions of release for Mr. Lam may therefore be modified so that he and his

Stipulation and Proposed Order
United States v. Long Lam,
No. CR 08-0461 PJH (MEJ)

|   |   |
|---|---|
| 1 | girlfriend (who is also his custodian) may move to, and |
| 2 | travel within, the Eastern District of California. All |
| 3 | other conditions of his release are to remain the same, |
| 4 | including the conditions that he be electronically |
| 5 | monitored, until further order of the court |

3. Mr. Lam shall notify Pretrial Services of the address of his girlfriend's house in Fresno immediately. He shall be allowed to begin moving his possessions to Fresno immediately.

4. If directed to do so, Mr. Lam shall report to a Pretrial Services Officer in the Eastern District of California.

**SO STIPULATED.**

DATED: 2-10-09           By: /S/Derek Owens
                              DEREK OWENS
                              Assistant U.S. Attorney


DATED: 2-10-09           By: /S/Erik Babcock
                              ERIK BABCOCK
                              Attorney for Defendant

**SO ORDERED.**

DATED: 2-10-09                  _____
                                Hon. Maria-Elena James
                                U.S. MAGISTRATE JUDGE